UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re ) Case No. 308-33161-elp13
KEVIN B BOLTON )
MICHELLE S BOLTON ) Confirmation Hearing Date: Aug 21, 2008
)
) TRUSTEE'S OBJECTION TO
) CONFIRMATION; AND
Debtor(s) ) MOTION(S) THEREON

THE TRUSTEE:

1. Objects to confirmation for the reason(s) marked below:

   _____a.  Attorney fees sought are excessive:

   _____b.  Case not filed in good faith/Plan not proposed in good faith:

   \_\_**X**\_\_\_c.  Plan is not feasible: **As written the Plan will require approximately 73 months to completely pay the Secured creditor "Red Canoe Credit Union" as written in ¶2(b)(1).**

   _____d.  Plan does not commit all of the debtor's excess projected disposable income pursuant to §1325(b)(1)(B) for the applicable commitment period:

   _____e.  Plan does not meet best interest test:

   \_\_**X**\_\_\_f.  Filing/ documentation deficient: **please provide the Trustee with a copy of the Debtor's <u>TWO full current</u> month's pay stubs, as requested at the §341(a) meeting of creditors.**

   \_\_**X**\_\_\_g.  Other: **as requested at the §341(a) hearing, please add "X" to the box "the life of the Plan" as it pertains to ¶1(c).**

2. If, not less than 10 days prior to the confirmation hearing, the debtor fails to take all necessary steps to satisfy each objection marked above (e.g., file an amended plan using LBF #1355.05, file all documentation noted in 1.f., etc.), the trustee must promptly file this document.  If this document is filed, the trustee moves the court for an order per the section(s) marked below:

   _____a.  Move that the debtor's attorney's fee request be modified as follows:
   and/or
   \_\_\_**X**\_\_b.  (If any section other than 1.a. is marked above) move that the case be dismissed without further notice.

3. Certifies a copy of this document was served on the debtor and debtor's attorney, if any, by hand at the first meeting of creditors on \_\_\_\_**N/A**\_\_\_\_\_, or by mail on **July 30, 2008**.

DATED:  July 30, 2008

                                                                                                                                          \_/s/ Brian D. Lynch_____
                                                                                                                                                        Trustee

KENT V SNYDER

1350.70  (06/24/97)